**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

OSPREY SPECIAL RISKS LTD., et al.,

    Plaintiff(s),

v.                                          Case No:  8:10-CV-862-T-30AEP

OCEAN INSURANCE MANAGEMENT,
INC., et al.,

    Defendant(s).
_____/

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #56). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #56) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Second Motion for Sanctions (Dkt. #55) is GRANTED.

3. Defendant Barry A. Rowland and Defendant Ocean Insurance Management, Inc. shall bear the Plaintiffs' costs and attorneys' fees related to the filing of the Plaintiffs' First Motion for Sanctions (Dkt. #44) and Second Motion for Sanctions (Dkt. #55).

4. The Clerk shall enter a clerk's default against Defendant Barry A. Rowland and Defendant Ocean Insurance Management, Inc. for their failure to respond to the Plaintiffs' discovery requests and failure to comply with the Court's Orders.

**DONE** and **ORDERED** in Tampa, Florida on November 12, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2010\10-cv-862.adopt 56.wpd