UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OSPREY SPECIAL RISKS LTD., et al.,**

    **Plaintiffs,**

v.                                                        **Case No.  8:10-cv-862-T-30AEP**

**OCEAN INSURANCE MANAGEMENT,
INC., et al.,**

    **Defendants.**
_____/

## ORDER AND FINAL JUDGMENT

THIS CAUSE comes before the Court upon Plaintiffs' Amended Motion for Default Judgment against Ocean Insurance Management, Inc. and Barry A. Rowland (Dkt. 64).  On March 22, 2011, the Court held an evidentiary hearing on the issue of Plaintiffs' damages. Defendant Barry A. Rowland, who is proceeding *pro se*, failed to appear at this hearing.  The Court, having considered the evidence presented by Plaintiffs, concludes that Plaintiffs adequately demonstrated their damages in the amount of $454,580.22 against Defendants Ocean Insurance Management, Inc. and Barry A. Rowland.

The Court also grants Plaintiffs' Third Motion for Contempt (Dkt. 69), given Mr. Rowland's utter failure to abide by previous Orders issued by the Court.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Amended Motion for Default Judgment against Ocean Insurance Management, Inc. and Barry A. Rowland (Dkt. 64) is hereby GRANTED IN PART. The Court grants the motion to the extent that Plaintiffs have adequately proven their breach of contract claim against Ocean Insurance Management, Inc. and Barry A. Rowland in the amount of $454,580.22.

2. Plaintiffs' Third Motion for Contempt (Dkt. 69) is hereby GRANTED to the extent that Plaintiffs are entitled to a judgment in the amount of $11,110.00 in attorneys' fees as sanctions against Defendants for failing to comply with previous Orders of the Court.

3. The CLERK is directed to enter FINAL JUDGMENT in favor of Plaintiffs and against Defendants Ocean Insurance Management, Inc. and Barry A. Rowland, jointly and severally, in the total amount of $465,690.22, which is comprised of $454,580.22 in damages and $11,110.00 in attorneys' fees. The total amount shall accrue interest at the federal statutory rate from this date forward.

4. The CLERK is directed to close this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on March 22, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-862.finaljudg64.frm