**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**OSPREY SPECIAL RISKS LTD., et al.,**

    **Plaintiffs,**

v.                                            Case No.  8:10-cv-862-T-30AEP

**OCEAN INSURANCE MANAGEMENT,**
**INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the September 29, 2011 hearing on Defendant Barry Rowland's request for rehearing.  The Court heard argument from Plaintiff's counsel and *pro se* Defendant Barry Rowland.  For the reasons set forth on the record, it is

ORDERED AND ADJUDGED that:

1.    The Court shall reserve ruling on the Report and Recommendation issued by Magistrate Judge Anthony E. Porcelli (Dkt. 86).

2.    Defendant Barry Rowland shall call Plaintiff's counsel by the close of business **tomorrow**, **September 30, 2011**, and provide him with a date and time for Mr. Rowland's deposition, which shall occur no later than **Friday, October 31, 2011**.

3.    Mr. Rowland shall bring to his deposition each document he relies upon in support of his position that he returned all premiums owed to the relevant insureds.  Mr.

Rowland shall also provide a chart, prepared by himself or his accountant, of each client, the amount of the premium received, and the amount of the returned premium.  Finally, Mr. Rowland shall bring to his deposition his laptop computer, which he stated on the record contains the relevant business documents.

4. Mr. Rowland shall pay Plaintiff's counsel by the date of the deposition, the amount of one-thousand dollars ($1,000), as sanctions for: (1) Plaintiff's filing of its fourth motion for contempt; (2) Mr. Rowland's failure to appear for his previously scheduled depositions; and (3) Mr. Rowland's failure to abide by the previous orders of this Court, including the orders issued by Magistrate Judge Anthony E. Porcelli.

**DONE** and **ORDERED** in Tampa, Florida on September 29, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-862.order9-29hearing.frm