**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**OSPREY SPECIAL RISKS LTD., et al.,**

    **Plaintiffs,**

v.                                                                                     **Case No. 8:10-cv-862-T-30AEP**

**OCEAN INSURANCE MANAGEMENT,
INC., et al.,**

    **Defendants.**
_____/

## **ORDER AND FINAL JUDGMENT**

THIS CAUSE comes before the Court upon Plaintiffs' Status Report (Dkt. 104), in which Plaintiffs request the Court to enter final judgment against Defendants Ocean Insurance Management, Inc. and Barry A. Rowland, and Barry Rowland's Responses to same (Dkts. 105 & 109).

This case has a long history which does not bear repeating. Suffice to say, the Court has provided Mr. Rowland with countless opportunities to defend against the previous final judgment entered against him and Ocean Insurance. Indeed, on July 14, 2011, the Court vacated the final judgment entered against Ocean Insurance and Mr. Rowland and set a final hearing on September 29, 2011 (Dkt. 81). Now, almost one year later and after countless hearings and opportunities, Mr. Rowland has failed to provide sufficient accounting information or other evidence to dispute Plaintiffs' damages calculation.

In light of the above, and upon consideration of Plaintiffs' revised damages calculation, (which is based, in part, on copies of bank statements, deposit slips, and checks, which Mr. Rowland provided to Plaintiffs), the Court concludes that Plaintiffs have adequately proven their breach of contract claim against Defendants Ocean Insurance Management, Inc. and Barry A. Rowland in the amount of **$139,071.63**.

The Court also grants <u>in part</u> Plaintiffs' request for attorneys' fees and costs as sanctions against Defendants for Mr. Rowland's repeated failure to comply with the Court's Orders and produce the accounting he kept during the policy period, which required Plaintiffs to file numerous motions with this Court. The Court determines that Plaintiffs are entitled to $35,000, which includes the $11,110.00 in attorneys' fees the Court had previously awarded in favor of Plaintiffs as sanctions against Defendants for failing to comply with previous Orders of this Court.

It is therefore ORDERED AND ADJUDGED that:

1.  The CLERK is directed to enter FINAL JUDGMENT in favor of Plaintiffs and against Defendants Ocean Insurance Management, Inc. and Barry A. Rowland, jointly and severally, in the total amount of **$174,071.63** which is comprised of $139,071.63 in damages and $35,000.00 in attorneys' fees. The total amount shall accrue interest at the federal statutory rate from this date forward.

  2. The CLERK is directed to close this case and terminate any pending motions as moot.

  **DONE** and **ORDERED** in Tampa, Florida on June 19, 2012.

                */s/ James S. Moody, Jr.*
                JAMES S. MOODY, JR.
                UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-862.finaljudgFINAL.wpd